Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff
Jamiller Ellis

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JAMILLER ELLIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>                    Defendants. | Case No.: 5:17-cv-04096-LHK<br><br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jamiller Ellis and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action *with prejudice* pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: April 23, 2018                          **Sagaria Law, P.C.**

                                    By:        */s/ Elliot Gale*
                                               Elliot Gale
                                               Attorney for Plaintiff
                                               Jamiller Ellis


DATED: April 23, 2018                          **Jones Day**

                                    By:        */s/ Steven Erkel*
                                               Steven Erkel
                                               Attorney for Defendant Experian
                                               Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Steven Erkel has concurred in this filing.


*/s/ Elliot Gale*


## [~~PROPOSED~~] ORDER

        Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed *with prejudice* and that each party shall bear its own attorneys' fees and costs.
   The Clerk shall close the file.
IT IS SO ORDERED.


DATED:      4/23/18                  *Lucy H. Koh*
                                     Hon. Lucy H. Koh
                                     UNITED STATES DISTRICT JUDGE